DFE/aa

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:21-CV-23727-DPG**

LIL' JOE RECORDS, INC.,

     Plaintiff,

v.

RAVEN ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON AND LUTHER CAMPBELL,

     Defendants.

_____/

## PLAINTIFF'S NOTICE OF APPEAL[1]

NOTICE IS HEREBY GIVEN that Plaintiff, LIL' JOE RECORDS, INC., A FLORIDA CORPORATION, pursuant to Fed. R. App. P. 3 and 4, appeal to the U.S. Court of Appeals for the Eleventh Circuit, the following:

(1) the September 30, 2024, Order Denying Plaintiff's Motion for Partial Summary Judgment [DE210], (2) the October 4, 2024, Order Denying Plaintiff's Motion for Reconsideration or Alternative Request for Rule 54(b) Certification [DE236], (3) the October 17, 2024, Jury Verdict [DE255], and all rendered final by (4) the November 4, 2024, Final Judgment [DE272], as well as all other partial judgments, non-final orders, and rulings subsumed within the Final Judgment by operation of law and the Federal Rules of Appellate Procedure.

The nature of the Judgment appealed is a Final Judgment in favor of Defendants. *See* Attached Composite Exhibit "A".

---

[1] Pursuant to Fed. R. App. P. 4(a)(4)(A) and (B), there is a still-pending Post Judgment Fed. R. Civ. P. 50, 59, and 60 Motion timely filed November 27, 2024 [DE284] that holds the appeal in

Respectfully submitted,

*And*

| | |
|---|---|
| WOLFE LAW MIAMI, P.A. | EASLEY APPELLATE PRACTICE PLLC |
| *Counsel for Plaintiff* | *Appellate Counsel for Plaintiff* |
| Latitude One Building | 1200 Brickell Avenue, Ste. 1950 |
| 175 SW 7th Street, Ste. 2410 | Miami, Florida  33131 |
| Miami, Florida 33131 | T: (305) 444-1599; 800-216-6185 |
| T: 305-384-7370 | FLORIDA BAR DESIGNATED e-MAILS: |
| E: rwolfe@wolfelawmiami.com | administration@easleyappellate.com |
| | admin2@easleyappellate.com |

  /s/ Richard Wolfe

RICHARD WOLFE, ESQ.
FLA. BAR NO. 355607

  /s/ Dorothy F. Easley

DOROTHY F. EASLEY, MS, JD, BCS APPEALS
FLA. BAR NO. 0015891

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the  4th  day of December, 2024, I electronically filed the foregoing document, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record, listed on the attached service list. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:     s/ Dorothy F. Easley

DOROTHY F. EASLEY, ESQ.

## SERVICE LIST

*Lil' Joe Records v. Mark Ross et al.*
CASE NO. 1:21-CV-23727-DPG
U.S. District Court, Southern District of Florida

| | |
|---|---|
| RICHARD WOLFE, ESQ. | JOEL B. ROTHMAN, ESQ., |
| WOLFE LAW MIAMI, P.A. | ANGELA NIEVES, ESQ. |
| Latitude One Building | SRIP LAW P.A. |
| 175 SW 7th Street, Ste. 2410 | 21301 Powerline Road, Ste. 100 |
| | Boca Raton, Florida 33343 |

abeyance until adjudged.

2

Miami, Florida 33131
T: 305-384-7370
E: rwolfe@wolfelawmiami.com
*Counsel for Plaintiff*

DOROTHY F. EASLEY, MS, JD, BCS APPEALS
EASLEY APPELLATE PRACTICE PLLC
1200 Brickell Avenue, Ste. 1950
Miami, Florida  33131
T: (305) 444-1599; 800-216-6185
FLORIDA BAR DESIGNATED E-MAILS:
administration@easleyappellate.com
admin2@easleyappellate.com
Upload URL for secure e-service:
https://www.hightail.com/u/Easley-Appellate-Practice-PLLC
** *Appellate Counsel for Plaintiff*

T: 561-404-4350
E: joel.rothman@sriplaw.com
angela.nieves@sriplaw.com
*Counsel for Defendants*

SCOTT A. BURROUGHS, ESQ. (*pro hac vice*)
DAVID MICHAEL STUART JENKINS, ESQ., (*pro hac vice*)
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
T: 310-590-1820
E: scott@donigerlawfirm.com
djenkins@donigerlawfirm.com
*Counsel for Defendants*