## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 21, 2026

Scott Burroughs
Doniger / Burroughs
247 WATER ST FL 1
NEW YORK, NY 10038

Elliot Burt Kula
Kula & Associates, PA
12000 BISCAYNE BLVD STE 221
MIAMI, FL 33181

Appeal Number: 24-13978-X
Case Style: Lil' Joe Records, Inc. v. Christopher Won, Jr., et al
District Court Docket No: 1:21-cv-23727-DPG

Counsel,

The above appeal is scheduled for oral argument Wednesday, January 28, 2026, at University of Miami.

You are directed to be prepared to address the following at oral argument on Wednesday, January 28, 2026.

### *In re Smith*, 85 F.3d 1555 (11th Cir. 1996)

Please email Stephanie_Tisa@ca11.uscourts.gov to confirm receipt of these instructions.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

LetterHead Only